IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| UNITED STATES DEPT. OF TRANSPORTATION, PETER P. BUTTIGIEG, U.S. DEPT. OF TRANSPORTATION; BLANE A. WORKIE, U.S. DEPT. OF TRANSPORTATION; CENTERS FOR DISEASE CONTROL & PREVENTION, ROCHELLE WALENSKY, CDC; UNITED STATES DEPT. OF HEALTH & HUMAN SERVICES, XAVIER BECERRA, U.S. DEPT. OF HHS, | § § § § § § § § § § | CIVIL ACTION NO. 22-402<br><br>COMPLAINT |
| *Defendants*. | § § | |

## MOTION TO DISMISS WITHOUT PREJUDICE
## AND MOTION TO SEAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff moves to dismiss this case **without** prejudice.[1]

Plaintiff also moves to seal and/or redact his personally identifiable information, including, but not limited to, his name, address, email address, and telephone number, from wherever they appear in public view, including, but not limited to, the docket report, the certificates of service of the Defendants' filings, and the final page of the original complaint. Because this case never moved beyond the pre-trial phase, and Defendants never filed an answer to the complaint, the public will not be prejudiced by sealing/redaction of this information.

A proposed order follows.

---

[1] Plaintiff makes this motion in light of the denial of his motion to proceed under pseudonym, and this dismissal should not be interpreted as a commentary on the merits of his case.

Respectfully submitted,
<u>/s/ John Doe</u>
Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Doe | § § § | |
|     *Plaintiff*, | § § | |
| v. | § § § | |
| United States Department of Transportation, Centers for Disease Control & Prevention, United States Department. of Health and Human Services, et. al. | § § § § § § | Case No. 22-402 |
|     *Defendants*. | § § | |

**ORDER**

AND NOW, this _____ day of _____, 2022, this case is DISMISSED WITHOUT PREJUDICE in accordance with Plaintiff's motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff's motion to seal is GRANTED. The Clerk is hereby ORDERED to strike the Plaintiff's name, address, contact information, and signature from publicly-available documents in this case.

BY THE COURT:

_____
United States Judge